Gregory Peacock, Esq. (SBN 277669)
**LAW OFFICE OF GREGORY PEACOCK**
4063 Birch Street, Suite 100
Newport Beach, CA 92660
P: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Whitney J. Betts, Esq. (SBN 272584)
**BETTS LAW GROUP PC**
4455 Morena Blvd., Ste. 210
San Diego, CA 92117
P: (858) 201-2424 / F: (858) 544-2424
Whitney@bettslawgroup.com

*Attorneys for Plaintiff JANE DOE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | ) Case No. |
| Plaintiff, | ) **NOTICE OF INTERESTED PARTIES** |
| vs. | ) |
| CITY OF ANAHEIM; CARLOS ROMERO; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule of Court 4.6 (83.4.6), the Attorney for Jane Doe, through her counsel, Gregory Peacock, shows the following persons and entities:

NOTICE OF INTERESTED PARTIES
1

Defendant:  CITY OF ANAHEIM         CITY CLERK'S OFFICE
                                    CITY OF ANAHEIM
                                    200 S. ANAHEIM BLVD.
                                    ANAHEIM, CA 92805

Defendant:  CARLOS ROMERO           ANAHEIM POLICE DEPARMENT
                                    425 SOUTH HARBOR BLVD.
                                    ANAHEIM, CA 92805

    The undersigned, Gregory Peacock, counsel of record for Plaintiff Jane Does, certifies that the above listed parties have a direct, pecuniary interest in judgment that may be entered in the action or the cost of defense.

Dated:  July 8, 2024               /S/ *Gregory Peacock*_____
                                Gregory Peacock
                                Lawyer for Plaintiff